0IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAMANTHA CONNER                                                                                     PLAINTIFF

V.                                                                            CIVIL ACTION NO. 1:22CV188-SA-RP

NOXUBEE COUNTY BOARD OF SUPERVISORS                                                   DEFENDANT

**PROTECTIVE ORDER REGARDING PLAINTIFF'S HEALTHCARE RECORDS**

This matter is before the court on the plaintiff Samantha Conner's motion seeking to protect the confidentiality of information contained in the healthcare records obtained by the defendant Noxubee County Board of Supervisors, and to limit the scope of the defendant's request for additional records. ECF #24. During a status teleconference with counsel for the parties this day, the parties agreed to resolve this dispute as follows:

1. The information contained in healthcare records obtained by the defendant during discovery in this matter will be treated as confidential information which may not be disclosed by the defendant Board of Supervisors or its individual members to anyone other than counsel (including counsel of record and the Board attorney), counsel's staff, actual or potential expert witnesses or consultants, and court personnel. Persons to whom such confidential information is disclosed (other than court personnel) must be informed of the terms of this order and advised that its breach may be punished and sanctioned as contempt of the court.

2. If any party wishes to file with the court any information to be treated as confidential under this order, said information must be filed under seal from public access, with CM/ECF access permitted to the litigants' counsel. The defendant may do so by emailing the document(s) to be filed under seal, together with a copy of this order, to

the Clerk at ecf_information@msnd.uscourts.gov.  The plaintiff may do so by mailing the document(s) to be sealed, together with a copy of this order, to the Clerk at the address that the plaintiff uses when mailing documents for filing.

3. The plaintiff will provide the defendant with a HIPPA-compliant medical authorization allowing the defendant to obtain the plaintiff's healthcare records from Community Counseling Services in Starkville, Mississippi.

SO ORDERED, this the 31st day of October, 2023.

/s/ Roy Percy
United States Magistrate Judge